**REID v. TOWN OF MADISON**

[355 N.C. 276 (2002)]

ANNIE MITCHELL REID AND JAMES DONALD REID v. TOWN OF MADISON AND RICHARD KEITH TUCKER, INDIVIDUALLY AND IN OFFICIAL CAPACITY AS EMPLOYEE OF DEFENDANT TOWN OF MADISON

No. 459PA01

(Filed 7 March 2002)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 145 N.C. App. 146, 550 S.E.2d 826 (2001), reversing an order entered by Massey, J., on 20 June 2000 in Superior Court, Rockingham County. Heard in the Supreme Court 14 February 2002.

*Clark Bloss & McIver, PLLC, by John F. Bloss, for plaintiff-appellants.*

*McCall Doughton Blancato & Hart, PLLC, by William A. Blancato, for defendant-appellees.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.